IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARISSA YOUNG and
JAMES LOCHHEAD,

    Plaintiffs,

vs.                                                                                                  No. CIV 13-1046 JB/RHS

CITY OF ALBUQUERQUE and
THE ALBUQUERQUE POLICE DEPARTMENT,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on: (i) Defendant Albuquerque Police Department's Motion to Dismiss Plaintiff's Claims Against the Albuquerque Police Department, filed April 7, 2014 (Doc. 17); and (ii) Defendant City of Albuquerque's Motion and Memorandum to Dismiss Plaintiff's Municipal Liability Claims Against City of Albuquerque, filed April 7, 2014 (Doc. 18).  The Court held a hearing on October 28, 2014.  In a Memorandum Opinion and Order, filed December 24, 2014 (Doc. 39)("MOO"), the Court dismissed Plaintiff Sharissa Young's federal claims against Defendant City of Albuquerque and Defendant Albuquerque Police Department ("APD").  MOO at 1-2, 46-51.  The Court further stated that, unless Young and Plaintiff James Lochhead moved to amend the Complaint for Replevin, Conversion, Deprivation of Due Process, Negligence, and Negligence Per Se, filed October 28, 2013 (Doc. 1-1)("Complaint"), by 5:00 p.m. MST on December 31, 2014, to add federal causes of action against APD Detective John Dear and/or other individuals, the Court would remand the Plaintiffs' state-law claims to state court.  MOO at 1-2, 46, 51-55.  The Plaintiffs did not move to amend the Complaint before 5:00 p.m. MST on December 31, 2014.  Consequently, the Court

will decline to exercise supplemental jurisdiction over the Plaintiffs' state-law claims and will remand those claims to state court.

**IT IS ORDERED** that the remaining case, and, specifically, Plaintiff Sharissa Young's and James Lochhead's state-law claims in the Complaint for Replevin, Conversion, Deprivation of Due Process, Negligence, and Negligence Per Se, filed October 28, 2013 (Doc. 1-1), are remanded to state court.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Monnica L. Garcia
Law Office of Monnica L. Garcia, LLC
Albuquerque, New Mexico

    *Attorney for the Plaintiffs*

David J. Tourek
  City Attorney
Kristin J. Dalton
Stephanie Y. Lopez
  Assistant City Attorneys
Albuquerque City Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*