IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARISSA YOUNG and
JAMES LOCHHEAD,

    Plaintiffs,

vs.                                                No. CIV 13-1046 JB/RHS

CITY OF ALBUQUERQUE and
THE ALBUQUERQUE POLICE DEPARTMENT,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order, filed December 24, 2014 (Doc. 39)("MOO"); and (ii) the Order, filed December 31, 2014 (Doc. 42)("Order").  In the MOO, the Court dismissed Plaintiff Sharissa Young's federal claims against Defendant City of Albuquerque and Defendant Albuquerque Police Department.  See MOO at 1-2, 46-51.  In the Order, the Court remanded the case to the state district court from which it was removed, because only state-law claims remained.  See Order at 1-2.  Because the MOO and the Order disposed of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that: (i) Plaintiff Sharissa Young's federal claims against Defendant City of Albuquerque and Defendant Albuquerque Police Department are dismissed with prejudice; (ii) the case is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico; and (iii) final judgment is entered.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

*Counsel:*

Monnica L. Garcia
Law Office of Monnica L. Garcia, LLC
Albuquerque, New Mexico

    *Attorney for the Plaintiffs*

David J. Tourek
  City Attorney
Kristin J. Dalton
Stephanie Y. Lopez
  Assistant City Attorneys
Albuquerque City Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*